CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CASTLE HOLDINGS LLC,                           :
                                               :
                                               :
                            Plaintiff,         :    08-CV-5483
                                               :
                v.                             :    **NOTICE OF**
                                               :    **APPEARANCE**
GOLD STREAM SHIPPING CO. LTD.,                 :
                                               :
                            Defendants.        :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 14, 2008

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

                        By:         _____
                                    Richard J. Reisert (RR-7118)
                                    7800 River Road
                                    North Bergen, NJ 07047
                                    Tel: (201) 537-1200
                                    Fax: (201) 537-1201
                                    Email: reisert@navlaw.com