Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
CASTLE HOLDINGS LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASTLE HOLDINGS LLC,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>GOLD STREAM SHIPPING CO. LTD.,<br><br>　　　　　　　Defendant. | 08 Civ. 5483 (RMB)<br><br>**TURNOVER, RELEASE,<br>AND DISMISSAL ORDER** |

**The Court**, having been notified by counsel for Plaintiff Castle Holdings LLC ("Castle") that Castle and defendant Gold Stream Shipping Co. Ltd. ("Gold Stream") have reached an Agreement dated April 6, 2009 with respect to their underlying maritime dispute and this Supplemental Rule B action and that under said Agreement the sum of $68,155.70 (the "Settlement Funds"), which constitutes a portion of the $93,430.90 presently deposited with the registry of this Court pursuant to this Court's Order dated October 30, 2008 (the "Registry Funds"), is to be paid to Castle, with the balance of the Registry Funds to be paid to Gold Stream;

**IT IS HEREBY ORDERED** that the Settlement Funds in the amount of $68,155.70 of the Registry Funds are to be paid to Castle, which Settlement Funds are to be released in accordance with remittance details for Castle that will be provided to the Court's registry in a separate letter from Castle's attorneys;

**IT IS HEREBY ORDERED** that the balance of the Registry Funds are to be paid to Gold Stream, which Settlement Funds are to be released in accordance with remittance details for Gold Stream that will be provided to the Court's registry in a separate letter from Castle's attorneys;

~~**IT IS FURTHER ORDERED** that the Registry Funds shall not be subject to any attachment in New York or otherwise when being released by the Court's registry pursuant to this Order when en route to the accounts of Castle and Gold Stream;~~ *RMB*

**IT IS FURTHER ORDERED** that the Order of Attachment in this matter is hereby vacated and that this action is discontinued without prejudice and without costs as to either Castle or Gold Stream subject to being reopened within 30 days if any issues arise concerning the receipt of the Registry Funds by Castle, Gold Stream, or otherwise.

*Clerk to close this case.*

**SO ORDERED:**

*RMB*
_____
U.S.D.J.

# 6241566_v1      4/15/09